UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) 2:15-cr-00204-JDL-1 |
| | ) |
| LUKE GREENLAW, | ) |
| | ) |
| Defendant. | ) |

**ORDER TO SHOW CAUSE**

On April 11, 2016, Luke Greenlaw pleaded guilty to one of count of knowingly and intentionally distributing a controlled substance and one count of conspiracy to distribute and possess with intent to distribute controlled substances. On December 7, 2016, Greenlaw was sentenced to a term of imprisonment of 84 months. Greenlaw is presently serving his sentence at the Federal Correctional Institution at Yazoo City, Mississippi, and he has served approximately 63 percent of his sentence. Greenlaw now moves to reduce his term of imprisonment under 18 U.S.C. § 3582(c)(1)(A)(i), seeking compassionate release based on the alleged health risks he faces in federal custody during the COVID-19 pandemic (ECF No. 53).[1]

A court may only reduce a defendant's term of imprisonment under § 3582(c)(1)(A)(i) if "extraordinary and compelling reasons warrant such a reduction." Greenlaw asserts that extraordinary and compelling circumstances exist, in part,

---

[1] Under § 3582(c)(1)(A), a court may reduce a criminal defendant's term of imprisonment upon a motion by the defendant "after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf" or after "the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." Greenlaw represents that he has complied with this requirement.

because he suffers from asthma, which puts him at a higher risk should he contract COVID-19. *See United States v. Young*, No. CR 4:16-40036-TSH, 2020 WL 2514673, at *1 (D. Mass. May 15, 2020) ("The CDC warns that moderate to severe asthma . . . increase[s] the risk of serious illness or death if an individual contracts the virus.").

Greenlaw's revised presentence investigation report stated that Greenlaw reported having asthma. Greenlaw also represents that he has tried unsuccessfully to obtain medical records showing that his asthma has caused him to be hospitalized on multiple occasions. In the absence of a more extensive description of Greenlaw's asthmatic condition in his presentence investigation report, and without any medical records, it is not possible to determine whether Greenlaw can be classified as having moderate to severe asthma. *See United States v. Khawaja*, No. 18-cr-127-LM, 2020 WL 1940848, at *4–5 (D.N.H. Apr. 22, 2020) (not for publication).

Additionally, Greenlaw's motion does not discuss the extent of the spread of COVID-19 within the Federal Correctional Institute at Yazoo City, whether it has taken measures to protect its inmates in response to COVID-19, and whether those measures are inadequate to protect him. *See Young*, 2020 WL 2514673, at *1 (taking into consideration the conditions of the prison and granting the defendant's motion for compassionate release); *United States v. Ilarraza*, No. 18-CR-10041-RWZ, 2020 WL 2475647, at *2 (D. Mass. May 13, 2020) (same but denying the defendant's motion for compassionate release). Pursuant to General Order 2020-6 (D. Me. Apr. 29, 2020), the United States Probation & Pretrial Services Office filed a Summary Report, noting that as of May 27, 2020, the Federal Correctional Institute at Yazoo City

reported no staff and no inmates testing positive for COVID-19 and "no deaths resulting" from the disease. A copy of the Summary Report is attached to this order.

Accordingly, it is **ORDERED** that Greenlaw shall, within 30 days of the date of this Order, show cause why his motion should not be dismissed by filing a statement setting forth a more detailed description of (1) the approximate dates and locations of his alleged prior hospitalizations for asthma, the nature of the treatments he received while hospitalized, and any medications he has been prescribed for the condition; and (2) the particular risks he faces at the Federal Correctional Institute at Yazoo City, Mississippi.

**SO ORDERED.**

Dated: June 4, 2020

                                                     **/s/ JON D. LEVY**
                                       **CHIEF U.S. DISTRICT JUDGE**